**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAREDEZ, | No. C 11-3351 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| ANTHONY HEDGPETH, warden; et al., | |
| Defendants. / | |

Defendants filed an *ex parte* request for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Erin Sullivan, the court GRANTS the request. (Docket # 11.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendants must file and serve their dispositive motion no later than **August 31, 2012**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **October 5, 2012**.

3. Defendants must file and serve their reply brief (if any) no later than **October 19, 2012**.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
SUSAN ILLSTON
United States District Judge