UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAREDEZ, | No. C 11-3351 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HEDGPETH; et al., | |
| Defendants. | |

Judgment is now entered in favor of all defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 24, 2013

_____
SUSAN ILLSTON
United States District Judge